AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| _____ | ) |
| Neal Martin Bain | ) |
| Alan Michael Bain | ) |

Case No. 14 - 6272 mJ

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about July 31th, 2014, in the District of Arizona, defendants Neal Martin Bain and Alan Michael Bain did knowingly take by force, violence, or intimidation from the persons of Credit Union teller, money in the care, custody, control, management, and possession of the Washington Federal Credit Union, located at 4302 East Ray Road, Phoenix, Arizona, the deposits of which were then insured by the National Credit Union Administration (NCUA), and in the commission of the offense the defendant did assault and put in jeopardy the life of Credit Union employee, by the use of a dangerous weapon or device, that is, a gun, in violation of Title 18 U.S.C.§ 2113(a) and (d) and 2.

I further state that I am a Task Force Officer with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: AUSA Vincent Kirby

Continued on the attached sheet.

_____
*Complainant's signature*

Steven Paul, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____August 1, 2014_____

_____
*Judge's signature*

City and state:  Phoenix, AZ

United States Magistrate Judge David K. Duncan
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

Your affiant, FBI Task Force Officer Steven Paul, being duly sworn, deposes and says to wit:

I am a Detective with the Phoenix Police Department currently assigned to the Federal Bureau of Investigation's (FBI) Bank Robbery Task Force. As such, I am deputized to investigation and enforce violations of the United States Code. I have been employed by the Phoenix Police Department for over twenty one years and have been a detective for thirteen years. During my career as a Police Officer I have investigated hundreds of bank robberies. This investigation involves a series of bank robberies that occurred in the District of Arizona from May 21, 2014 through July 15, 2014. The following information was gathered from my investigation or was reported to me by other law enforcement officer with whom I work:

## **Bank Robbery Series:**

Between the dates of May 21, 2014 through July 15, 2014, a series of bank robberies occurred in the Phoenix metropolitan area. From Witness accounts of each robbery, the suspect was described as a white male, 40-45 years old, 5'09"-6'00", 180-220 lbs, dark complexion, bald/shaved head. The method of operation (M.O) of each robbery was to enter the bank and demand large denomination bills from the second or bottom teller drawer. Investigators compared the witness statements and surveillance photographs from each robbery thus determining that the robberies were related. Surveillance photographs were eventually broadcast on a local TV news program. On or about July 23, 2014, investigators received numerous anonymous tips reference the robbery series. A majority of the tips stated that the suspect is Alan Michael Bain.

Investigators then conducted a background check on Alan Bain. Arizona Motor Vehicle Division (MVD) records indicated that Alan Bain is 51 years old, 6'00", 190 lbs, with a bald or shaved head. The

2

MVD photo of Alan Bain dated May 9, 2014 was compared to the surveillance photographs from all of the related bank robberies.  TFO Steven Paul found that Alan Bain bore a striking resemblance to the robbery suspect.

Upon conducting further review of Alan Bain, TFO Paul found that he has a twin brother named Neal Martin Bain, 51 years old, 6'00", 180 lbs, with a bald or shaved head. Neal Bain also bears a striking resemblance to the robbery suspect.

TFO Paul conducted a criminal background check on Alan Bain and found that he had prior federal convictions for bank robbery and armed bank robbery in 1989, 1993 and 2000. Records indicated that Alan Bain was currently on supervised probation with the U.S. Probation office in Phoenix, Arizona until 2017.

TFO Paul conducted a criminal background check on Neal Bain and found that he had prior federal convictions for bank robbery in 1989 and armed bank robbery in 1996.

### **Physical and Surveillance:**

On 07/28/2014, TFO Paul enlisted the assistance of the Street Crimes Unit of the Phoenix Police Department. The information reference Alan and Neal Bain was provided to the detectives who then began a surveillance of the last known address for Alan Bain. The detectives quickly located Alan Bain at his address on South Kyrene Road, Chandler, Arizona.

On 07/29/2014, visual surveillance of Alan began. On 07/30/2014 the detectives observed Alan Bain drive from his residence to the EZ Inn motel on NW Grand Avenue, Phoenix, Arizona. Alan Bain arrived at the motel alone and at approximately 1050 hrs, the detectives observed Alan and his twin brother Neal Bain leaving the motel in Alan's vehicle. The detectives then followed Alan and Neal Bain as the two drove from Phoenix to the far southeast valley. The detectives did not observe the men

making any stop in the southeast valley and followed the two men back into the City of Phoenix.

At approximately 1207 hrs, Alan Bain drove to the Washington Federal Credit Union located at 4302 East Ray Road, Phoenix, Arizona. Surveillance team placed Alan's vehicle behind the strip mall which shares the parking lot of the credit union. At approximately 1209 hrs, Neal Bain made entry into the credit union. Upon entering the credit union, Neal physically pushed male bank employee A.K. and began to make verbal demands for the money. Neal ordered A.K. back to the employee only area located behind the teller line. A.K. did not comply with the demands therefore; Neal told all of the employees not to move and placed his hand over his waistband area, simulating that he was armed with a weapon.

Neal then focused his attention on Victim Teller M.M.. Neal verbally told M.M. that he wanted her hundred dollar bills. As M.M. was attempting to open her cash drawer, Neal continued to demand the hundred dollar bills and ordered her to open her bottom drawer. M.M. was eventually able to open her cash drawer and began to remove money.  Neal took the money from M.M. and fled the bank, running northbound through the strip mall.

The detectives then observed Alan's car, occupied by Alan and Neal, drive from behind the strip mall and out of the area. Detective P. Rose quickly responded to the credit union while the rest of the detectives followed Alan's vehicle. Det Rose made contact with the bank employees and discovered that the bank robbery had occurred. Det Rose alerted the rest of the surveillance team and informed them that the robbery was valid. Det Rose eventually viewed the credit union surveillance photographs which showed several photos of Neal Bain, placing the money down the front of his shirt while in the same clothing which they had observed him wearing all day.  The surveillance photographs also show the right ear of Neal Bain. The right ear of Neal is abnormal and is a distinct visible difference between

4

the two brothers.  Det Rose confirmed that the money taken was insured by the Nation Credit Union Administration (NCUA) which federally insures credit union.

The detectives followed Alan's vehicle to the area of 2400 East Washington Street, Phoenix, Arizona. At approximately 1257 hrs, while at this location, members of the Phoenix Police Department's Special Assignments Unit (SAU) performed a traffic stop on the vehicle. Alan and Neal Bain were then taken into custody without incident. During a search incident to arrest, Sergeant J. Juslin found numerous strapped bundles of U.S. Currency inside Neal's shirt along with a large amount of currency in his pants pockets. Sgt Juslin recovered over $15,000.00 in U.S. Currency which was concealed on Neal Bain's person.

The vehicle, in which Alan and Neal were riding in, was transported to the Phoenix Police Department Crime Laboratory pending the issuance of a search warrant. Sgt Juslin did inform TFO Paul that there were numerous amounts of loose U.S. Currency scattered about in plain view inside the passenger compartment of the vehicle.  Alan and Neal were subsequently transported to the headquarters of the Phoenix Police Department.

Based on the above listed facts, your affiant TFO Steven Paul believes that probable cause exists that Neal Martin Bain and Alan Michael Bain committed the crime of Armed Bank Robbery and Aid and Abet in violation of Title 18, United States Code, Sections 2113(a) and (d) and 2 for the July 31, 2014 Washington Federal Credit Union robbery.


Steven Paul
FBI Task Force Officer

Sworn to and subscribed before me
this _____ day of August, 2014.


Hon. David K. Duncan
United States Magistrate Judge